# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT STEPHEN JACKSON,<br><br>Defendant. | 2:10-CR-211 JCM (RJJ) |

**SEALED ORDER**

Presently before the court is the government's motion to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48(a). (Doc. #5). The government has informed the court that it does not intend to proceed with the prosecution of the defendant.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to dismiss the indictment (doc. #5) is GRANTED.

DATED May 24, 2011.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**